# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

GARY D.,                                                               Civil No. 24-961 (JRT/DTS)

    Plaintiff,

v.                                                                  **ORDER**

MICHELLE KING,
*Acting Commissioner of Social Security*,

    Defendants.

---

Bryan Konoski, **KONOSKI & PARTNERS, P.C.,** 180 Tices Lane, Suite 204, Bldg. A, East Brunswick, NJ 08816, for plaintiff.

Melissa K Curry, **SOCIAL SECURITY ADMINISTRATION,** Office of Program Litigation – 4, 6401 Security Boulevard, Baltimore, MD 21235, for defendant.

United States Magistrate Judge David T. Schultz filed a Report and Recommendation on February 3, 2025. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Plaintiff's request to remand the Commissioner's decision [ECF. No. 10] is **DENIED**.

2. Defendant's request to affirm the Commissioner's decision [ECF No. 12] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 19, 2025                      _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                     JOHN R. TUNHEIM
                                                         United States District Judge